**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRADLEY R. JOHNSON, | No. 10-55445 |
| Plaintiff - Appellee, | D.C. No. 3:07-cv-00783-BEN-WVG |
| v. | |
| POWAY UNIFIED SCHOOL DISTRICT; et al., | MEMORANDUM[*] |
| Defendants - Appellants. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Argued and Submitted May 5, 2011
Pasadena, California

Before: SILVERMAN, TALLMAN, and CLIFTON, Circuit Judges.

Poway Unified School District and its officials appeal the district court's

award of summary judgment in Bradley Johnson's favor on claims arising under

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

the California Constitution, article I, sections 2 and 4.[1]  We have jurisdiction under

28 U.S.C. § 1291, and we reverse.

Poway did not violate Johnson's rights under the liberty of speech clause of

the California Constitution by ordering that he curtail his in-class employee

speech.  *San Leandro Teachers Ass'n v. Governing Bd. of the San Leandro Unified*

*Sch. Dist.*, 209 P.3d 73, 87 (Cal. 2009).

Because Poway's conduct satisfies *Lemon v. Kurtzman*, 403 U.S. 602, 612

(1971), it also did not violate either the establishment clause or the no preference

clause of the California Constitution under the circumstances before us.  *East Bay*

*Asian Local Dev. Corp. v. State of Cal.*, 13 P.3d 1122, 1138 (Cal. 2000) ("We do

not believe, however, that the protection against the establishment of religion

embedded in the California Constitution creates broader protections than those of

the First Amendment."); *id*. at 1139 ("Having concluded above that an exemption

from a landmark preservation law satisfies all prongs of the *Lemon* test, it follows

that the exemption is neither a governmental preference for or discrimination

against religion.").

---

[1]  We reverse the district court's award of summary judgment to Johnson on his federal claims in a published opinion filed concurrently with this disposition. The relevant facts underlying all of the issues on appeal are found there.

We reverse and remand with instructions that the district court vacate its grant of injunctive and declaratory relief and award of damages and enter summary judgment in favor of Poway and its officials on all claims. Johnson shall bear all costs. Fed. R. App. P. 39(a)(3).

**REVERSED and REMANDED with instructions.**